UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60277

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

CR-ZLOCH /HUNT

FILED by _____ D.C.
NOV 06 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

WILNA JOSEPH and
MARALDY NECKER JEAN,

       Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Use and Possess Unauthorized Access Devices**
**(18 U.S.C. § 1029(b)(2))**

From in or around January 15, 2014, the exact date being unknown to the Grand Jury, continuing through on or about February 6, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**WILNA JOSEPH and
MARALDY NECKER JEAN,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a), namely:

(a) to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit card account numbers, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2); and

(b) to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit cards registered to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about January 20, 2014, a conspirator filed a fraudulent tax return using the name and social security number of "W.B."

2. On or about January 21, 2014, a conspirator filed a fraudulent tax return using the name and social security number of "J.B."

3. On or about February 6, 2014, **WILNA JOSEPH** and **MARALDY NECKER JEAN** drove to the Wells Fargo Bank located in Pembroke Pines, Florida, where **JOSEPH** attempted to withdraw cash from the ATM using a debit card encoded with an account number ending in -1567 and registered in the name of "J.B."

4. After leaving the Wells Fargo, **MARALDY NECKER JEAN** and **WILNA JOSEPH** drove to a Citibank, located in Pembroke Pines, Florida, where **JOSEPH** made four (4) withdrawals using a debit card encoded with an account number ending in -5415 and

registered in the name of "W.B.," totaling approximately $1,200.00.

5. On or about February 6, 2014, **WILNA JOSEPH** and **MARALDY NECKER JEAN** maintained in their possession approximately seventeen (17) debit cards registered in the names of other persons.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

On or about February 6, 2014, in Broward County, in the Southern District of Florida, the defendants,

**WILNA JOSEPH and**
**MARALDY NECKER JEAN,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit card account numbers, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about February 6, 2014, in Broward County, in the Southern District of Florida, the defendants,

**WILNA JOSEPH and**
**MARALDY NECKER JEAN,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, debit cards registered to other persons, said conduct affecting interstate and

foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 4-5
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 6, 2014, in Broward County, in the Southern District of Florida, the defendants,

**WILNA JOSEPH and
MARALDY NECKER JEAN,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, debit cards registered to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 4 | Debit Card ending in -1567 in the name of "J.B." |
| 5 | Debit Card ending in -5415 in the name of "W.B." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of

America of certain property in which one or more of the defendants, **WILNA JOSEPH** and **MARALDY NECKER JEAN**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as charged in this Indictment, the defendants shall forfeit to the United States of America the following property:

(a) any personal property used or intended to be used to commit such violation; and

(b) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JONATHAN K. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| WILNA JOSEPH and MARALDY NECKER JEAN, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants.                     / | **Superseding Case Information:** |

**Court Division:** (Select One)

| | | | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|
| ____ Miami | ____ Key West | | | Number of New Defendants | _____ | |
| _X__ FTL | ____ WPB | ____ FTP | | Total number of counts | _____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  __No__
   List language and/or dialect  _____

4. This case will take  __2-3__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to  5 days      __X__          Petty       _____
   II   6 to 10 days      _____          Minor       _____
   III  11 to 20 days     _____          Misdem.     _____
   IV   21 to 60 days     _____          Felony      __X__
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge:  _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes _____   No __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes _____   No __X__

                                                   _____
                                                   JONATHAN K. OSBORNE
                                                   ASSISTANT UNITED STATES ATTORNEY
                                                   FLORIDA BAR # 0095693

*Penalty Sheet(s) attached                                                   REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** WILNA JOSEPH

**Case No:** _____

Count #: 1

Conspiracy to Use and Possess Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

*__Max. Penalty:__ 5 Years' Imprisonment

Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(2) and 2

*__Max. Penalty:__ 10 Years' Imprisonment

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

*__Max. Penalty:__ 10 Years' Imprisonment

Counts #: 4-5

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

*__Max. Penalty:__ 2 Years' Imprisonment Consecutive to Any Other Sentence

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MARALDY NECKER JEAN**

Case No: _____

Count #: 1

Conspiracy to Use and Possess Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

\*Max. Penalty: 5 Years' Imprisonment

Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(2) and 2

\*Max. Penalty: 10 Years' Imprisonment

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

\*Max. Penalty: 10 Years' Imprisonment

Counts #: 4-5

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

\*Max. Penalty: 2 Years' Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**